1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 BUKHUU BUYANDALAI,                          )
   OYUN TSOGGEREL,                             )
13                                             )  No. C 06-2827 SI
                                               )
14              Plaintiffs,                    )
                                               )
15      v.                                     )
                                               )  **STIPULATION TO EXTEND TIME**
16 U.S. Citizenship and Immigration Services;  )  **WITHIN WHICH THE DEFENDANTS**
   EMILIO T. GONZALEZ, Director, U.S.          )  **MUST FILE AN ANSWER**
17 Citizenship and Immigration Services,       )
                                               )
18              Defendants.                    )
   _____)

19      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourteen-day

21 extension of time within which the Defendants must serve its Answer in the above-entitled action.

22 The extension is required because the parties are considering a possible resolution of the case.

23      On June 22, 2006, I spoke with Plaintiffs' attorney by telephone, and he stated that he does not

24 object to a 14-day extension for Defendants' to answer.

25 ///

26 ///

27

28
   Stip to Ext Time
   C 06-2827 SI

|   |   |
|---|---|
| 1 | Defendants respectfully request that the Court extend the due date for the Answer until July 10, |
| 2 | 2006. |

Dated: June 22, 2006                      Respectfully submitted,

                                                  KEVIN V. RYAN
                                                  United States Attorney


                                                          /s/
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorney for Defendants


Dated: June 22, 2006                             /s/
                                                  ROBERT B. JOBE
                                                  Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                              /s/ Susan Illston
                                                  SUSAN ILLSTON
                                                  United States District Judge

Stip to Ext Time
C 06-2827 SI