KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BUKHUU BUYANDALAI, OYUN TSOGGEREL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services, <br><br> Defendants. | No. C 06-2827 SI <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 25, 2006, and Defendants answer is currently due on July 10, 2006.

2. Pursuant to this Court's April 25, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 21, 2006, and attend a case management conference on July 28, 2006.

3. Defendants have agreed to issue the requested travel documents to Plaintiff's beneficiaries within 14 days from the filing date of this request. Accordingly, in order to allow the parties to determine whether this matter can be resolved without further litigation, the parties hereby

Stip to Ext Time
C 06-2827 SI

1 | respectfully ask this Court to extend the dates in the Court's scheduling order as follows:
2 |     Defendant's Answer:                                       August 9, 2006
3 |     Last day to file Joint ADR Certification:            September 1, 2006
4 |     Last day to file/serve Joint Case Management Statement:    September 15, 2006
5 |     Case Management Conference:                      September 29, 2006, at 2:00 p.m.

Dated: July 6, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 6, 2006

/s/
ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

Stip to Ext Time
C 06-2827 SI