KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BUKHUU BUYANDALAI, OYUN TSOGGEREL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services, <br><br> Defendants. | No. C 06-2827 SI <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action because Defendants have issued the requested travel documents to Plaintiff's beneficiary.

    Each of the parties shall bear their own costs and fees.

///

///

///

Stip to Dismiss
C 06-2827 SI

| | | |
|---|---|---|
| 1 | Dated: July 13, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants

Dated: July 14, 2006

/s/<br>ROBERT B. JOBE<br>Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

Stip to Dismiss
C 06-2827 SI